```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

JANE CAVINS,                      )
                                  )
              Plaintiff,          )
                                  )
         vs.                      )     No. 4:06CV1543-DJS
                                  )
MICHAEL J. ASTRUE, Commissioner   )
of Social Security,               )
                                  )
              Defendant.          )
```

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #18] is accepted and adopted.

Dated this ___19th___ day of February, 2008.

                                  /s/Donald J. Stohr
                                  UNITED STATES DISTRICT JUDGE